# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149352

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 149352
                                   COA: 314326
JOSEPH VINCENT RANDAZZO,        Antrim CC: 12-004511-FH
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 1, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals, VACATE the sentences of the Antrim Circuit Court, and REMAND this case to the trial court for resentencing. On remand, the trial court shall impose concurrent sentences or articulate on the record the reason for imposing consecutive sentences. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2014



Clerk

d1118